JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.N., a minor, by his Father, T.T.N., | Case No.: SACV 14-00042 JVS (ANx) |
| Plaintiff, | **JUDGMENT** |
| v. | Action Filed: January 10, 2014 |
| Irvine Unified School District, | Hearing: September 8, 2014 |
| Defendant. | Judge: Hon. James V. Selna |

On September 8, 2014, this matter came before this Court on Plaintiff's appeal of the special education due process hearing decision of the Office of Administrative Hearings ("OAH") Case No. 2013080703, and on Plaintiff's complaint for breach of contract; the Honorable James V. Selna, United Stated District Judge, presiding. After considering the administrative record, case file, the briefs of the parties, argument of counsel at hearing, and all other matters presented to the Court, the Court finds as follows:

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Irvine Unified School District ("District"), as follows:

1. In accordance with the Court's September 10, 2014, Memorandum of Decision, incorporated herein in its entirety, and following exercise of its

independent judgment, and after fully reviewing the administrative record in this matter, this Court determines that the Administrative Law Judge's ("ALJ") decision dated October 18, 2013, in OAH Case No. 2013080703, is both entitled to substantial deference and is fully supported by a preponderance of the evidence. Further, in accordance with the Court's September 10, 2014, Memorandum of Decision, this Court determines that the District did not breach the Settlement Agreement by filing a due process complaint with respect to the June 7, 2013, Individualized Education Program ("IEP") and hereby grants summary judgment for the District on the breach of contract claim.

2. Consequently, this Court adopts the September 10, 2014, Memorandum of Decision in its entirety as the Decision of this Court;

3. Therefore, as the Court rejects in their entirety the allegations set forth in Plaintiff's Complaint, judgment shall be and is hereby entered against Plaintiff and in favor of Defendant;

4. Plaintiff shall take nothing by reason of his Complaint;

5. Defendant District shall recover its costs; and

6. T.N shall immediately begin receipt of the IEP Services and Placement delineated in his June 7, 2013 IEP, except to the extent the Parties agree, or have agreed, otherwise.

IT IS SO ORDERED.

DATED: September 26, 2014        By: *[signature]*
                                      JAMES V. SELNA
                                      United States District Court Judge